

# THE THIRTEENTH COURT OF APPEALS

13-11-00075-CV

GILBERTO RINCONES
v.
WHM CUSTOM SERVICES, INC., ET AL.

On Appeal from the
445th District Court of Cameron County, Texas
Trial Cause No. 2009-04-2478-I

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be REVERSED AND REMANDED, IN PART, AND AFFIRMED, IN PART. The Court orders the judgment of the trial court REVERSED AND REMANDED, IN PART AND AFFIRMED, IN PART. Costs of the appeal are adjudged 50% against appellants and 50% against appellees.

We further order this decision certified below for observance.

February 12, 2015